## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

_____
                                         :

ILLUMINA, INC. and SOLEXA, INC.,       :     CIVIL ACTION

          :

         Plaintiffs/Counterdefendants,   :     :

          :

      v.                                :     No. 10-649

          :

COMPLETE GENOMICS, INC.,         :

          :

         Defendant/Counterclaimant.    :

_____:

### ORDER

**AND NOW**, this   9th   day of November, 2010, upon consideration of the Motion to Transfer Pursuant to 28 U.S.C. § 1404 (Doc. No.  11) by Defendant Complete Genomics, Inc., and the Responses and Replies thereto, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**.

It is further **ORDERED** that this case shall be **TRANSFERRED** to the Northern District of California.

BY THE COURT:


 /s/ Robert F. Kelly_____
ROBERT F. KELLY
SENIOR JUDGE